# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SMP GmbH & Co KG,<br><br>               Plaintiff,<br><br>vs.<br><br>ONU.COM, an Internet domain name,<br><br>               Defendant. | CASE NO.  2:16-cv-02147-APG-CWH<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESETTING BRIEFING AND HEARING SCHEDULE**<br><br>(ECF No. 18) |

On September 13, 2016, I granted the plaintiff's Emergency Motion for Temporary Restraining Order Without Notice, and I set a briefing and hearing schedule on the plaintiff's request for a preliminary injunction. ECF No. 13. The parties have submitted a stipulation to extend the briefing schedule and to reset the hearing. ECF No. 18. The parties also stipulate to extend the Temporary Restraining Order to the date of the preliminary injunction. The request for additional time is to allow the defendant adequate time to prepare a proper response to the motion. The parties' stipulation is supported by good cause, so I will grant it.

IT IS HEREBY ORDERED that the September 27, 2016 hearing on the plaintiff's motion for preliminary injunction is vacated. That hearing will be conducted on **October 11, 2016, at 2:00 p.m.** in courtroom 6C at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada. This will be an oral argument only, without witnesses; if witness testimony is needed to resolve the motion, that evidentiary hearing will be scheduled for a later date.

IT IS FURTHER ORDERED that the Temporary Restraining Order entered on September 13, 2016 is extended until 11:59 p.m. P.D.T. on October 11, 2016 unless otherwise extended or modified by order of this court.

IT IS FURTHER ORDERED the Defendant Domain Name, and anyone acting on its behalf or claiming an interest in the Defendant Doman Name, shall file and serve its opposition

1

1 | papers, if any, no later than **September 28, 2016 at 5:00 p.m. P.D.T.** The plaintiff may file and
2 | serve its reply brief, if any opposition is filed, no later than **October 6, 2016 at 5:00 p.m. P.D.T.**
3 | ENTERED this 20th day of September, 2016 at 4:33 p.m.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

2